No: 21-3634

United States of America

Plaintiff - Appellee

v.

Anton Joseph Lazzaro

Defendant - Appellant

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00173-PJS-1)

**JUDGMENT**

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the order of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

December 10, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans